UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM ROBERT DONITHAN,<br><br>    Defendant. | Case No: CR 03-40186 SBA<br><br>**ORDER CONTINUING HEARING** |

IT IS HEREBY ORDERED THAT the parties and the probation officer shall meet and confer regarding Defendant's Motion to Recall Warrant and Issue Summons. By no later than February 24, 2012, the Government shall file a response to Defendant's motion. The hearing on the motion is CONTINUED to March 13, 2012 at 11:00 a.m. The Court, in its discretion, may resolve the motion without a hearing. The parties are advised the check the Court's calendar to determine whether an appearance is necessary.

IT IS SO ORDERED.

Dated: February 17, 2012

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge