MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR 03-40186 SBA |
|     Plaintiff,    ) | |
| v.    ) | MOTION TO DOCKET NUMBER 100 |
| WILLIAM ROBERT DONITHAN,    ) | |
|     Defendant.    ) | |

On January 23, 2012, the defendant filed a motion to recall warrant and issue a summons. The defendant's paper's indicate that the warrant and Petition for Revocation appear as a sealed document on the docket but that the defense has confirmed that the warrant is active. In order to respond to the Court's order requesting further briefing on the defendant's motion, the United States is moving the Court to unseal the sealed document filed February 8, 2010, at docket

///

///

///

///

///

[MOTION TO UNSEAL]
[CR 03-40186 SBA]

1 | number 100. Given that the defendant is currently in custody and aware of an outstanding arrest
2 | warrant minimize the usual concerns that justify sealing orders in this type of situation. The
3 | Probation Officer and the defense counsel have no objection to the document being unsealed.

4 |

5 | DATED: February 17, 2012          Respectfully submitted,
6 |                                   MELINDA HAAG
7 |                                   United States Attorney
8 |
9 |                                   _____/s/_____
10|                                   KESLIE STEWART
11|                                   Assistant United States Attorney

**IT IS SO ORDERED.**

13 | 2/21/12                          _____
                                      SAUNDRA BROWN ARMSTRONG
14 |                                  UNITED STATES DISTRICT COURT

[MOTION TO UNSEAL]
[CR 03-40186 SBA]